

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Jay Waylon Luna,

Vs. No. 11-15-00054-CR

The State of Texas,

\* From the 132nd District Court
of Scurry County,
Trial Court No. 10172.

\* November 5, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below but that the error does not constitute reversible error. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the $2,250 in court-appointed attorney's fees, and we dismiss the appeal.